UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT | No. MC-14-80055 EMC |
|     Plaintiff, | **ORDER REJECTING COMPLAINT** |
| v. | |
| DC COUNCIL; U.S. HOUSE OF REPRESENTATIVES; and U.S. SENATE | |
|     Defendant. | |

Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

In the instant case, Mr. Hurt purports to sue the above captioned entities based on incoherent allegations involving the connection between the United States Congress and the "D.C. Council." As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

                                                 _____
                                               EDWARD M. CHEN
                                               United States District Judge